In the Matter of HARLEY REALTY CORPORATION against WILLIAM E. WALSH et al., Constituting the Board of Standards and Appeals of the City of New York, et al., Defendants.

CLEMONS REALTY COMPANY, INC., Appellant.

In the Matter of CHARLES BRADY, as Superintendent of Buildings for the Borough of Manhattan, et al., Respondents, *v.* THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Defendants.

CLEMONS REALTY COMPANY, INC., Appellant.

(Argued June 11, 1931; decided July 15, 1931.)

*Charles L. Craig* for appellant.

*John F. Keating* and *John Caldwell Myers* for Harley Realty Corporation, respondent.

*John F. Collins* for Superintendent of Buildings et al., respondents.

*Arthur J. W. Hilly, Corporation Counsel (Vine H. Smith* and *J. Joseph Lilly* of counsel), for Board of Standards and Appeals, defendants.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.